UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDDIE L. FENCHER,

      Petitioner,

v.                             CASE NO. 6:10-cv-1865-Orl-35KRS

SECRETARY, DEPARTMENT
  OF CORRECTIONS, et al.,

      Respondents.

_____

## ORDER

This case is before the Court on the following motion:

Petitioner's Motion for Extension of Time (Doc. No. 9, filed April 27, 2011) is

**GRANTED**.  Petitioner shall have until July 8 , 2011, to comply with paragraph two of the

Court's Order of April 6, 2011 (Doc. No. 7).  The failure to do so shall result in the dismissal

of this action without further notice.

**DONE AND ORDERED** at Orlando, Florida this 18th day of May 2011.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 5/18
Eddie L. Fencher